# Scott Lieske
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone: (414) 271-3943
Fax: (414) 271-9344
www.chapter13Milwaukee.com

P. O. Box 510920
Milwaukee, WI 53203
info@chapter13milwaukee.com

August 11, 2021

Clerk of the US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE: DAVID L. HOWARD
    Case No. 19-29215-KMP

Dear Clerk of the US Bankruptcy Court:

Enclosed please find check # 1632742 in the amount of $8,946.21. This check replaces the following check, for the same dollar amount, in the above case:

Original Check No.:    1625084

Original Payee:    David L. Howard
                10001 West Appleton Ave., Apt. 113
                Milwaukee, WI  53225

Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service or were uncashed by the original payee.

Thank you,

*Scott Lieske*

Scott Lieske
Chapter 13 Standing Trustee

SL

cc: file