So Ordered.

Dated: March 8, 2023



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE:  David L. Howard, | Case No. 19–29215–kmp |
| Debtor. | Chapter 13 |

**Order Directing Payment of Unclaimed Funds**

The amount of $8,946.21 was deposited into the Registry of the United States Bankruptcy Court on August 13, 2021, as unclaimed by David L. Howard.

On February 6, 2023, David L. Howard filed an Affidavit and Request for Release of Unclaimed Funds with an attachment or an exhibit as proof of right to the funds, and an Affidavit of Service confirming that notice was provided to the Office of the United States Attorney.

Title 28 U.S.C. Section 2042 provides that the claimant may obtain an order directing payment "on petition to the court and upon notice to the United States Attorney and full proof of the right thereto."

IT IS THEREFORE ORDERED the Clerk of the United States Bankruptcy Court shall pay $8,946.21 to David L. Howard, 10001 West Appleton Ave. Apt 113, Milwaukee, WI 53225.

IT IS FURTHER ORDERED this order is effective 14 days after the date of its entry.

#####